IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GRADY TAYLOR, JR,                                *

          Plaintiff,                          *

v.                                                                    Case No. 5:25-cv-00483-MTT-ALS

                            *

VINCENT DENNIS ,

                            *

          Defendant.

                            *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of May, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk